Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. Motion denied upon payment by relator of $10 costs, and stipulating to argue at next term.

---

MARTIN, Respondent, v. MANHATTAN RY. Co. et al., Appellants.

(Supreme Court, General Term, First Department. March 31, 1892.)

Action by Benajah M. Martin against the Manhattan Railway Company and another.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. Motion granted.

---

In re MAYOR, ETC., OF CITY OF NEW YORK.

In re RIVERSIDE PARK.

(Supreme Court, General Term, First Department. March 31, 1892.)

Application by the corporation counsel on behalf of the mayor, etc., in the matter of the Riverside Park.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. Motion granted, with $10 costs.

---

MELLEN v. BANNING.

(Supreme Court, General Term, First Department. March 31, 1892.)

Action by Sarah E. Mellen against William C. Banning, as executor, etc., and others.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. It would seem that the proper cause would be to review the decision of the general term by an appeal from the judgment entered after a trial.

For report of other litigation involving this estate, see 9 N. Y. Supp. 929; 14 N. Y. Supp. 665; 16 N. Y. Supp. 191, 887; 17 N. Y. Supp. 866; 18 N. Y. Supp. 515.

---

MOFNER v. JACOBS.

(Supreme Court, General Term, First Department. March 31, 1892.)

Action by Julia M. C. Mofner against Albertina Jacobs.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. Motion denied.

---

PEOPLE ex rel. LYNCH v. PURROY et al.

(Supreme Court, General Term, First Department. March 31, 1892.)

Action by the people on the relation of Samuel P. Lynch against Henry D. Purroy and others.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. Motion denied.

---

PERRY et al., Respondents, v. BOOMHOWER, Appellant.

(Supreme Court, General Term, First Department. March 31, 1892.)

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

No opinion. Motion for reargument denied, with $10 costs. For decision on appeal, see 17 N. Y. Supp. 890.